UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GERALD PATTERSON                                              PETITIONER

v.                      No. 2:19-CV-02011

SHERIFF JIMMY STEVENS                               RESPONDENT

## ORDER

The Court has received a report and recommendations (Doc. 6) from United States Magistrate Judge James R. Marschewski. Petitioner has filed objections. The Magistrate recommends that the Court grant Petitioner's motion for leave to proceed in forma pauperis but deny the petition for a writ of habeas corpus. The Court has reviewed the report and recommendations de novo. The objections offer no reason to depart from the Magistrate's findings. The report otherwise contains no clear error. The report and recommendations (Doc. 6) is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the motion for leave to proceed in forma pauperis (Doc. 5) is GRANTED and the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITHOUT PREJUDICE. No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this 2nd day of May, 2019.

                                                                         /s/ P. K. Holmes, III
                                                                         P.K. HOLMES, III
                                                                         U.S. DISTRICT JUDGE