UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GERALD PATTERSON                                                        PETITIONER

v.                    No. 2:19-CV-02011

SHERIFF JIMMY STEVENS                                       RESPONDENT

## **JUDGMENT**

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 2nd day of May, 2019.

                                                                          /s/ P. K. Holmes, III
                                                                          P.K. HOLMES, III
                                                                          U.S. DISTRICT JUDGE